FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ APR 04 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KEITH SALVATORE LABELLA,

                Plaintiff,

    - against -

FEDERAL BUREAU OF INVESTIGATION,
OFFICE OF JUSTICE PROGRAM, and UNITED
STATES DEPARTMENT OF JUSTICE,

                Defendants.
-----------------------------------------------------------X

**ORDER**
**11-CV-0023 (NGG)(LB)**

**BLOOM, United States Magistrate Judge:**

The Court shall hold an initial pretrial conference pursuant to Fed. R. Civ. P. 16 on May 17, 2011 at 2:00 p.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: April 1, 2011
       Brooklyn, New York

                                          LOIS BLOOM
                                          United States Magistrate Judge